**Order entered March 4, 2020**



### In The
### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-19-01206-CV

### IN THE ESTATE OF ROBERTO REFUGIO DE JESUS GONZALEZ BARRERA

### On Appeal from the Probate Court No. 1
### Dallas County, Texas
### Trial Court Cause No. PR-15-02268-1

### ORDER

Before the Court is appellant's March 2, 2020 unopposed third motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **March 23, 2020**. We caution appellant that further extension requests will be strongly disfavored.

/s/      ROBERT D. BURNS, III
CHIEF JUSTICE